IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY,**<br>          **Plaintiff,**<br><br>          v.<br><br>**RED ROOF INNS, INC.,**<br>**RED ROOF FRANCHISING, LLC,**<br>**RRI WEST MANAGEMENT, LLC,**<br>**G.D., and**<br>**N.Z.,**<br>          **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO.  23-1692** |

# O R D E R

**AND NOW**, this 14th day of November, 2023, upon consideration of Defendants' Motion to Stay (ECF No. 29) and Plaintiff's Motion for Partial Judgment on the Pleadings (ECF No. 30), it is hereby **ORDERED** as follows:

(1)    Defendants' Motion to Stay (ECF No. 29) is **GRANTED**;

(2)    The Clerk of Court is **DIRECTED** to **STAY** this matter;

(3)    All parties to this litigation shall submit a joint periodic status report in the form of a letter addressed to the Court **every sixty (60) days**, as of the date of this Order, concerning the status of the parallel state court litigation; and

(4)    Plaintiff's Motion for Judgment on the Pleadings (ECF No. 30) is **DENIED AS MOOT without prejudice and may be refiled** upon the lifting of the stay in this matter.

**IT IS SO ORDERED.**

                                                                        BY THE COURT:

                                                                        /s/ Hon. Kelley B. Hodge
                                                                        _____
                                                                             **HODGE, KELLEY B., J.**